# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

16-779-SMY

Submitted June 24, 2016
Decided July 12, 2016

**Before**

DIANE P. WOOD, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*



CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

No. 16-2664

| | |
|---|---|
| SAMUEL R. HOGSETT, *Applicant,* <br><br> v. <br><br> UNITED STATES OF AMERICA, *Respondent.* | On Motion for an Order Authorizing the District Court to Entertain a Second or Successive Motion for Collateral Review. |

### ORDER

Samuel Hogsett has filed an application pursuant to 28 U.S.C. § 2244(b)(3), seeking authorization to file a successive motion to vacate under 28 U.S.C. § 2255. Hogsett proposes a claim under *Johnson v. United States*, 135 S. Ct. 2551 (2015), which held that the residual clause of the Armed Career Criminal Act is unconstitutionally vague. The Supreme Court has made *Johnson* retroactive. *Welch v. United States*, 136 S. Ct. 1257 (2016). The government does not resist the application.

Accordingly, we **GRANT** the application and **AUTHORIZE** the district court to consider the *Johnson* claim, along with any government defenses. The clerk of court will **TRANSFER** the pleadings to the district court for filing as a § 2255 motion.