From: Samuel Hogsett     1-15-19

Re:

To: Clerk of Court / Ms. Tammy McMannis.

Subject
Appointment of Counsole

In my Superseding Indictment filed Mar. 22, 2006 on my count 2; I was charged with knowingly and intentionally possess with the intent to distribute approximately 0.5 grams of a mixture or substance containing cocaine in violation of Title 21, U.S.C.S. 841(a)(1) and 841 (b)(1)(b).
The (b)(1)(b) statute is for

a much higher amount of
drugs (500 g's of cocalan or more)
than what was charged in my
Indictment. 0.5 grams.
Due to the erronus fact of
this and the fact that my
Counsoler did not argue this
facts I would like the
Court to appoint me Counsole
in my behalf to file motion[s]
for ineffective assistance of
counsole due to the fact that
my rights where and still are
being violated due to the
defeat in my indictment. I
am convicted under the wrong
charge...

Thank you for your help in this matter.

Samuel Hogsett.

Samuel Hogsett 02131.0025

Samuel Hogsett #07131-025
Federal Correctional Institution
P.O. Box 5000
Greenville, IL. 62246

MAIL CLEARED
US MARSHALS

⇔07131-025⇔
Distict Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

62201-295499

RECEIVED

JAN 16 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE